IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**Pro Se [Non-Prisoner] Complaint Form**

RECEIVED
COLUMBIA, SC
2006 APR 12 P 3:23

[Enter the full name of the plaintiff in this action]

Tressa R. Glover

Civil Action No. 5:06-1134-JFA-BM

(to be assigned by Clerk)

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

Teresa Phillips Williams
O. Davie Burdorph / Ann Haydel
James Williams, Jr. / Greg Carson
Rona Ellis / Jerome Felder / Melvin Smoak
Nancy Ellis / Lisa Mizzell / Charlie Spell
Elaine Leonard / Thomas Summers / Russell Zimmerman
Charles Whestone / Melvin Smoak / Gilda C. Hunter
Vernon Lake / Clark Whestone / Evelyn Singleton
Lawrence Keitt / Brad Hutto / Jerry Govan / Ken Guess
E.M. Rast / Rene Williams / Maynard Clarkson / Bill Clary
Charles Davis / John Rickenbacker / Carolyn
Clemson Ext. Gamble / Evelyn Singleton / Kathy
Service Zimmerman / Wanda McMichael / Virgil Jacobs
Melvin Smoak
Nancy Harrison
Dean Wannamaker
Carolyn Gamble
Lawrence Trick

Andrea White / Andrea Pope / Patricia Rickenbacker
Harris
Shawn Grant / Alvin Jones / Wade Holmes
Brenda Cunningham / Bill Gamble
Rich Odell
James Shumpert / John Cunningham
Jay Anderson / Rogers Townsend and Thomas
Karen Williams / Charles Williams
Mildred Rice / Nancy Ford / Rodney Barr
Hugo Sims / Peggy Davis / Gerald Davis
Joni Whisenhunt / John Kneece / T. Lewis Pope
Department of Public Safety / Jay Anderson
Orangeburg County Sheriff Department
Richland County Sheriff Department / Virgil Jud
Larry Williams / Maynard Clarkson / Charles Davis
Doris Willingham / Chessa Hilliard
Nancy Smoak / Harris / Virgil Jacobs / Ronnie Fickling
Megan Rivers / Antoinette Johnson
James Green / Andrew Glover Jr. / Glenn Barr
Tim Jennings / Capers Wannamaker
J. McCord Youth Center, William Taylor, Nancy Harrison
Virgil Jacobs / Deborah Turk Van Cont'd p.2
Lakeview Apartments - St. Matthews SC

If allowed by statute, do you wish to have a trial by jury? Yes ✓   No ____

[If any answer requires additional space, please use additional paper and attach hereto.]

**I.    PREVIOUS LAWSUITS**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓   * Part II Case Info.
See information in Section B.

1

Part I.¹ Case Information Can Be Found In This File.

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

    1. Parties to this previous lawsuit:

       Plaintiff: Tressa R. Glover

       Defendant(s): Orangeburg Consolidated School District 5

    2. Court: United States District Court, Columbia, S.C.
       *(If federal court, name the district; if state court, name the county)*

    3. Docket Number: 05:CV 22938 17BD

    4. Name(s) of Judge(s) to whom case was assigned: Joseph Anderson, Jr.

    5. Status of Case: Dismissed w/ Order and judgement issued on 10/11/05.
       *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

    6. Date lawsuit was filed: November 1, 2004

    7. Date of disposition (if concluded): October 12, 2005

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

       Yes _____    No ✓

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Tressa R. Glover

   Address: P.O. Box 2194, Orangeburg, S.C. 29116

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Orangeburg County / Orangeburg Consolidated District 5 / Obg. Sheriff Dept. Public Safety Department

   Address: Amelia Street / 578 Ellis Avenue / Ellis Avenue

   Orangeburg, South Carolina

2

Sandra Glover, Jim McClean, Sam Fowler, Sandra Bethune, John Rivers, Dawn Center, Linda White, Rona Ellis, Shelton Sistrunk, Abraham Funchess, Major White, Wendell Davis, John Rickenbacker, Linda Grant, Jerome Felder, ard, Karla Smoak Davis, Anthony Caldwell, Laurie Jamison, James Shumpert, John Brown, Whestone, Shri Singh, Tri County Electric Co-op, Harry Gant, Luther Jamison, Wesley Brown, Little Gidron

C. Additional Defendants (provide the same information for each defendant as listed in Item B above): Jesse Washington, John Jones, Margie Grove, Sam Wilkins, e Fairey III, Evans A. Lee, Greg Singleton, Evelyn Singleton, Eloise G. Shuler, Loretta Rivers Whitmore, David Sims, Charles Whestone, Joe Singleton, Johnny Simpson, Littaker Williams, Dawn Center, John Felder, Vernelle Shirer, F. Reeves Gressette, Antionette Glover, Christopher Shuler, Anil Juneja, Russell Zimmerman, Rodney Zimmerman, Truman, The Ulmer Insurance Agency, Moni Singleton, Marion Boyd, Antoine Pierre Parker, Abraham Shuler, LaVerne Whitmore, Randy Snell, Janice Barton, Margaret Gardner, Mike Taylor, Margaret Gardner, Frank Grove, Sid Gressette, Teresa W. James Jackson, Harry Mims, Wes Summers, Cassandra Keller, Corey Sniper, Elaine Boneparte, Peggy Davis, Curtis Goodwine, Jasper Mack, Evangle Pendarvis Snell, Louis Hilliard, Rosalyn Boneparte, Eli Brunson, Joey Johnson, Thomas Saxon, Joey Johnson, Carolyn Gamble, Roy Harmon, Aldean Floyd, Jacob Heatley, Jerome Felder, Piggly Wiggly-St. Matthews, Eric Haynes

III. **STATEMENT OF CLAIM**
State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.

Real estate property was sold without consent via fraud. Judgement in Civil Case 04: CV 22938 17 BD dated 10/11/05 confirmed property that was an asset in a Ch.13 bankruptcy case could not be sold by anyone's discretion, but the Trustee. Trustee did not order; legitimate mortgage holder, Washington Mutual Home Loans, did not foreclose nor initiate any adverse actions against property. Obg. County Master of Equity, Davie Burdorph was notified by judgement and by the lien holder

3

**III. STATEMENT OF CLAIM** - *continued*.

Washington Mutual Home Loans said not to sell the property. They also stated that they had no affiliation with Wachovia or non-existent Long Beach Mortgage Company. Washington Mutual issued statement and new loan servicing letter deferring payments outside of Chapter 13 bankruptcy plan until May 1, 2006. The servicing statement was dated 8/22/2005 following an 8/20/2006 review date of the loan. See Exhibit A1. Master of Equity, O. Dovie Burdorph, disregarded the legitimate mortgage holder and sold the property on 9/6/2005 alleging Wachovia as the mortgage holder illegally. He also disregarded the Judgement issued by The United States District Court, dated October 11, 2005. I was unaware of the sale confirmation. Wachovia paid/issued the Deed and Title to WaMuHl for me, by paying off the mortgage following mortgage fraud. See Exhibit A2. The Master of Equity accepted payment from The Edisto Habitat for Humanity or donated my home to that organization. Lt. Felder attempted to deliver eviction on 2/25/2006 from Att. Jay Anderson; Cindy Looney attempted to deliver loan servicing information from Rogers, Townsend & Thomas. Both were alleging Wachovia as the lien holder. I declined both documents. Lt. Felder then posted a Writ Assistance Notice on 4/4/06 for Wachovia, and Hearing Notice for Citifinancial. He appeared on 4/11/2006 with local moving individuals, with fraudulent eviction papers from Wachovia and forced me and my family to move from my home. See Appendix 1.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

(1) Return of possession of my home to me.
(2) $800,000.00 in damages from Wachovia.
(3) $300,000.00 in damages from the Clerk of Court, Obg. Cty.
(4) $1 Million dollars in damages from the Obg. Cty. Sheriff Dept.
(5) $1 Million dollars in damages from the Dept. of Public Safety.
(6) Prosecution of O. Davie Burdorph and James Williams for the maximum federal sentence punishable.
(7) $300,000.00 in damages from Municipal Court, Dept. Public Safety.
(8) Prosecution of Charlie Spell, Verneta Guess, Teresa Williams, Evelyn Singleton, Carolyn Gamble, Russell Zimmerman, Greg Carson, Brenda Goodwin, Myke Taylor, Greg Carson, Nancy Ford and others assisting them in the criminal activity.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 11th day of April, 2006.

_Tressa Renae Glover_
Signature of Plaintiff

(9) Immediate dismissal and prosecution of participating state, local and/or federal/public officials from Orangeburg or Calhoun County listed on page 1.

(10) Immediate disbarment of all participating attorneys and law firms, brokers, and independent attorney listed on Exhibit A3.

(11) Immediate prosecution and fine of Attorney Johnny Simpson, Chapter 13 Attorney, for his participation in the fraud, along with the prosecution of Lt. Jerome Felder, Melvin Smoak, Charlie Spell, Nancy Ford, Melvin Crum and Greg Carson.