UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

Tressa R. Glover-Parker, Plaintiff,

vs.

Orangeburg Consolidated School District Five, Orangeburg County Tax Assessors Office, CitiFinancial Mortgage Co. Inc., Rogers, Townsend, and Thomas, Wachovia, County of Orangeburg, South East Title Services Inc., Narborough, Hutto and Jackson, Ronnie Hutto, Caldwell Banker Realtors, Albemarle Corporation, Nancy Ford, John Cunningham, Tommy Brown, Russell Zimmerman, Mike Taylor, Pam Rijo, Charlie Spon, Brenda Goodwin, Jeffrey Mary Westford, Brenda Cunningham, Ron Ellis, Verneta P. Guess, Melvin Smoak, Charles Berry, John Rickenbacker, Virgil Jacobs, Megan Rivers, Chris A. Schuler, Tim Jennings, Taphnie Berry, Laviesha Frazier, Darren Smith, Wanda McMichael, Charmaine Berry, Bobby Rivers, Susan Yoakum, Greg Carson, Lt. Jerome Folder, Harry Mims, and Marcy Mims, Defendants.

C/A No.5:04-22938-JFA

**ORDER**

This matter is before the court for review of the magistrate judge's report and recommendation ("the report") made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(D.S.C.).

The magistrate judge makes only a recommendation to the Court, to

was a means of protecting the plaintiff's assets from the defendants who were alleging nonexistent organizations possessed an interest." Doc. # 42, at 3. In making this assertion, the plaintiff misconstrues Albemarle's argument. While the claim plaintiff wishes to assert against a specific defendant may be unrelated to her bankruptcy case, that claim remains an asset of the bankruptcy estate, rather than an asset of the plaintiff herself. Thus, the plaintiff lacks standing to pursue claims while she is in bankruptcy. Therefore, even if the plaintiff had complied with Rule 8(a) in this case, any claims she may have would be dismissed without prejudice because these claims could only be brought at the discretion of the bankruptcy trustee and not the plaintiff herself.

IT IS SO ORDERED.

/s/ Joseph F. Anderson, Jr.
United States District Judge

October 11, 2005
Columbia, South Carolina

Ms. Tressa R. Glover
Post Office Box 2194
138 Longview Drive
North Creekmore Subdivision
Orangeburg, South Carolina 29118

Washington Mutual Home Loans
2210 Enterprise Drive
Florence, South Carolina 29501
Attention: Mrs. Lisa Cooke
Mail Stop: FSC 0215
(May 1, 2006)

March 1, 2006

Mrs. Karen Emanuelson
Corporate Investigations
201 South Jefferson Avenue
Post Office Box 13327
Roanoke, Virginia 24011

Dear Mrs. Emanuelson:

All of the necessary documentation regarding the mortgage fraud committed by Wachovia Bank was submitted to you on November 21, 2005 at 5:56a.m., Priority Mail article number 0304 1560 0006 6669 7122. The signed Quit Claim Deed confirming that Wachovia would satisfy the mortgage with the legitimate mortgage holder was received on December 2, 2005. Please verify that the mortgage payment from Wachovia has been sent to Washington Mutual Home Loans by providing copies of the following:

(1). Payment of $147,500.00 To: Washington Mutual Home Loans for Ms. Tressa R. Glover, Pay-Off
2210 Enterprise Drive
Florence, South Carolina 29501
Attention: Mrs. Lisa Cooke
Mail Stop: FSC 0215

(2) Payment of $11,000.00 To: Ms. Tressa R. Glover, Punitive Damages and Fees
Post Office Box 2194
Orangeburg, South Carolina 29116

Thank you for your cooperation.

Sincerely,

Tressa R. Glover

Tressa R. Glover Hunter

Cc: The Honorable Magistrate Judge Joseph Anderson, United States District Court 05:CV 22938 17
Mr. C. E. Hunter, Executive Administrator, US Internal Revenue Service, Criminal Investigative Division
The Law Firm of Moss, Codillis, Et. Al.
Mr. R. Bunch, Special Agent, US Dept. of Justice, US Federal Bureau of Investigations
Mr. K. McDonald, Assistant U. S. Attorney, Office of the U. S. Attorney
The Law Firm of Miles, Et. Al.
Mr. K. McCrae, Agent, South Carolina Law Enforcement Division
Mr. R. Stewart, Chief, South Carolina Law Enforcement Division
Mr. Herbert Walker, Deputy Director, State Board of Financial Institutions
The Law Firm of Miles, Et. Al.

Wachovia: Please submit payment via Overnight to the address above upon receipt of this Law Suit correspondence. Otherwise, I will request that the U. S. District Court render Judgement by default of my demands.

# Quitclaim Deed

**THIS QUITCLAIM DEED,** executed this 1st day of November, 2005, by first party, Grantor, Wachovia Bank payable in full to Washington Mutual Home Loans whose post office address is 1100 Corporate Center Drive, Raleigh , NC 27607-5066 to second party, Grantee, Ms. Tressa R. Glover, 000444380001, WaMuHL whose post office address is Post Office Box 2194, Orangebur g, SC 29116

**WITNESSETH,** That the said first party, for good consideration and for the sum of one hundred and forty five thousand Dollars ($145,000.00) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Orangeburg, State of S. C. to wit:

All that certain piece, parcel, or lot with any improvements thereon, situate, lying and being in Orange Township, Consolidated School Distric 5, and being set forth and shown as Lot 13 in Block A on plat of Creek Moor North, Phase II prepared for Slaughter Investements, Inc., by Donal J. Smith Jr., Inc., approved by Donald J. Smith, RLS dated 8-15-88, revised 6-23-90, and being recorded in the Office of the ROD for the County of Orangeburg, State of South Carolina, in Plat book 69L, at page 139 and having the boundaries and measurements as will be more fully shown thereon, a little more or less.

This is the identical property conveyed to the grantor by Deed Hernaita Patel dated 12-31-99 and recorded in book 794 page 71 1-31-00.

Orangeburg County Tax Map Number: 0175-09-03003



www.socrates.com

© 2004 Socrates Media, LLC
LF298 • Rev. C4/04

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written.
Signed, sealed and delivered in presence of:

Signature of Witness: [signature]

Print name of Witness: Avian Renata Parker

Signature of Witness: Antoine Ryan Parker

Print name of Witness: Antoine Ryan Parker

Signature of First Party: [signature]

Print name of First Party: Wachovia Bank

Signature of Second Party: Tressa R. Glover

Print name of Second Party: Tressa R. Glover

Signature of Preparer Tressa R. Glover

Print Name of Preparer Tressa R. Glover

Address of Preparer Post Office Box 2194
Orangeburg, South Carolina 29116

State of South Carolina
County of Richland

On DEC 2, 2005 before me, TRESSA GLOVER,
appeared RICHLAND COUNTY
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[signature]
Signature of Notary
ROY J. TRUICK

Affiant ____ Known ✓ Produced ID
Type of ID LIC

(Seal)



www.socrates.com

© 2004 Socrates Media, LLC
LF298 • Rev. 04/04

STATE OF SOUTH CAROLINA
COUNTY OF ORANGEBURG

JUDGMENT IN A CIVIL CASE

IN THE COURT OF COMMON PLEAS

CASE NO. 04-CP-38-0872

Wachovia Bank, National Association, a National Banking Association, as Trustee for Long Beach Mortgage Loan Trust 2002-2,
PLAINTIFF(s)

vs

Tressa Glover a/k/a Tressa G. Glover f/k/a Tressa G. Parker f/k/a Tressa R. Glover-Parker and Shri Singh,
DEFENDANT(S)

2005 AUG 12 AM 8:42
FILED FOR RECORD
LISA WIZELL
CLERK OF COURT
ORANGEBURG, SC

*CHECK ONE:*

☐ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and a verdict rendered.

☑ **DECISION BY THE COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision rendered

☐ **ACTION DISMISSED** *(CHECK REASON:)* ☐ Rule41(a), SCRCP (Vol. Nonsuit); ☐ Rule 43(k), SCRCP (Settled); ☐ Other - ______

☐ **ACTION STRICKEN** *(CHECK REASON)*: ☐ Rule40(j) SCRCP; ☐ Bankruptcy; ☐ Other - ______

**IT IS ORDERED AND ADJUDGED**: ☐ See attached order, ☐ Statement of Judgment by the Court:

THE PROPERTY WHICH IS THE SUBJECT OF THIS ACTION BE SOLD AT PUBLIC SALE PURSUANT TO THE MASTER'S REPORT AND JUDGMENT OF FORECLOSURE AND SALE.

Dated at Orangeburg, South Carolina, this 11 day of August, 2005

[signature]
PRESIDING JUDGE/MASTER/SPECIAL REFEREE

This judgment was entered on the ______ day of ______, 2005, and a copy mailed first class this ______ day of ______, 2005 to attorneys of record or parties (when appearing pro se) as follows:

______
Clerk or Officer of the Court

Samuel C. Waters (SC Bar #5958)
ATTORNEY FOR THE PLAINTIFF(s)

Tressa Glover ~~a/k/a Tressa G. Glover f/k/a Tressa G. Parker f/k/a Tressa R. Glover-Parker~~
138 Longview Drive
Orangeburg, SC 29115

~~Shri Singh~~
~~2233 Hillside Street~~
~~Orangeburg, SC 29118~~

~~Occupant~~
~~138 Longview Drive~~
~~Orangeburg, SC 29115~~

05-935

ATTEST: TRUE COPY
[signature]
CLERK OF COURT
ORANGEBURG COUNTY, SOUTH CAROLINA

LOCK-OUT DATE: ~~TUESDAY, APRIL 2006~~ AT ~~11:00 AM~~

Burgulary

STATE OF SOUTH CAROLINA

COUNTY OF ORANGEBURG

Wachovia Bank, National Association, a National Banking Association, as Trustee for Long Beach Mortgage Loan Trust 2002-2,

Plaintiff(s)

vs.

Tressa Glover a/k/a Tressa G. Glover f/k/a Tressa G. Parker f/k/a Tressa R. Glover-Parker and Shri Singh,

Defendant(s).

IN THE COURT OF COMMON PLEAS

CASE NO.:04-CP-38-0872

06 01 38

***WRIT OF ASSISTANCE***

Post 4-4-06 @ 12:30 PM

Null & Void as per Attorney Miles.

**TO THE SHERIFF OF ORANGEBURG COUNTY, SOUTH CAROLINA:**

THIS matter is before me upon Petition of the Plaintiff who seeks an order directing the Sheriff to eject the Defendant(s) who still occupy and remain in possession of the subject premises as well as any and all tenants and other occupants who claim under them.

After reviewing the Petition, the Order of Foreclosure filed in this case and other matters which have been brought to my attention, I find and conclude that:

1. By order dated August 11, 2005, the Court reserved jurisdiction to issue a Writ of Assistance or otherwise decreed that in the event the successful bidder at the foreclosure sale is other than the Defendant(s) in possession that the County Sheriff remove the occupant(s) from the property and to place the successful bidder, or its assigns, in permanent peaceable possession of the subject property; or, further decreed that, if furnishings, fixtures, or other items are left at the subject property after the occupant(s) have been removed or have voluntarily vacated the premises, the Plaintiff, or its assigns, is authorized to consider the property as abandoned and remove the property to the public street or highway, or remove it by some other means.

2. The Plaintiff was the successful bidder at the foreclosure sale, has fully complied with the terms of its bid and has been issued, or is awaiting the issuance of, a deed to the premises.



3. One or more Defendant(s) or others occupying under the Defendant(s) still occupy and remain in possession of the subject property. Personal premises, apparently belonging to the Defendant(s) or other occupiers, remains at the premises which has the address of **138 Longview Drive, Orangeburg, SC 29115, in Orangeburg County.**

**NOW THEREFORE**, it is

**ORDERED** that the Defendants shall vacate the subject property no later than [redacted] on [redacted] and you, finding the Defendants and any others still occupying the subject property after that date, shall forthwith, or as soon as practicable thereafter, by force if the same be necessary, seize the subject property, eject and remove from the subject property all Defendants who still occupy and remain in possession of the subject property as well as any and all tenants and other persons claiming under the said Defendant(s) who still occupy the property, together with all personal property located thereon and place the successful bidder or its assigns in full, quiet and peaceable possession of the subject property without delay, and keep the Plaintiff or its assigns in full, peaceful and quiet possession of the subject property without delay and thereafter make immediate return to the undersigned showing how this Order has been executed.

This Court retains jurisdiction

**AND IT IS SO ORDERED.**

Orangeburg, South Carolina
March 8, 2005

S/ JAMES C. WILLIAMS JR.
James C. Williams, Jr.
Presiding Judge

AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

Tressa R. Glover Parker

*Plaintiff,*

vs.

**JUDGMENT IN A CIVIL CASE**

Case Number: 5:04-22938-JFA

Orangeburg Consolidated School District Five, Orangeburg County Tax Assessors Office, CitiFinancial Mortgage Co. Inc., Rogers, Townsend, and Thomas, Wachovia, County of Orangeburg, South East Title Services Inc., Narborough, Hutto and Jackson, Ronnie Hutto, Caldwell Banker Realtors, Albemarle Corporation, Nancy Ford, John Cunningham, Tommy Brown, Russell Zimmerman, Mike Taylor, Pam Rijo, Charlie Spon, Brenda Goodwin, Jeffrey Mary Westford, Brenda Cunningham, Ron Ellis, Verneta P. Guess, Melvin Smoak, Charles Berry, John Rickenbacker, Virgil Jacobs, Megan Rivers, Chris A. Schuler, Tim Jennings, Taphnie Berry, Laviesha Frazier, Darren Smith, Wanda McMichael, Charmaine Berry, Bobby Rivers, Susan Yoakum, Greg Carson, Lt. Jerome Folder, Harry Mims, and Marcy Mims,

*Defendants.*

[X] **Decision on the Record.** This action came before the court on the record, Honorable Joseph F. Anderson, Jr., United States District Judge, presiding. The issues have been reviewed and the Court having adopted Magistrate Judge Bristow Marchant's Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Tressa R. Glover Parker,



shall take nothing of Defendant Citifinancial Mortgage Co., Inc. on the claim contesting the results of the state mortgage foreclosure action which is dismissed with prejudice.



**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, Tressa R. Glover Parker, shall take nothing of the above named defendants and all remaining claims in this action are dismissed without prejudice.

LARRY W. PROPES, Clerk

s/Brian D. Shropshire

By________________________________

Deputy Clerk

# Quitclaim Deed

**THIS QUITCLAIM DEED,** executed this 1st day of November, 20 05, by first party, Grantor, Citifinancial Mortgage Company whose post office address is 1111 Coppell Lane, Irving , Texas PO Box 142199, 75014 to second party, Grantee, Tressa R. Glover, Citi Accts. 2699748 and 20-0907 whose post office address is Post Office Box 2194, Orangeburg, South Carolina 29116

**WITNESSETH,** That the said first party, for good consideration and for the sum of seventy seven thousand Dollars ($ 77,000.00) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Orangeburg State of S. C., to wit:

All that certain piece, parcel or lot of land, with any improvements thereon, situate, lying and being near the Town of Wolfton, Limestone Township, County of Orangeburg, State of South Carolina, being set forth and shown as Lot 1 in North Pines Estates on a plat prepared for Sandra K. Hill by Donald J. Smith, Jr., Inc. approved by Donald J. Smith, Jr., RLS, dated July 8, 1988 and recorded in the office of the RMC for Orangeburg County in Plat Book 68L at Page 95 and being bounded and measuring as follows: On the Northeast by Lot 3 on said plat, 128.4 feet; Southeast by a fifty (50) foot unpaved road, 188.93 feet; Southwest by U.S. Highway 178, 138.61 feet; and Northwest by Lot 2 on said plat, 189.25 feet.

This is the same property conveyed to Tressa R. Parker by deed of Sandra L. Hill n-k-a Sandra L. Heckle dated November 1, 1993 and recorded in the office of the RMC for Orangeburg County on November 1, 1993 in Deed Book 597 at Page 327.

Account Pay-Off 1st Mortgage with Citifinancial, Irving, Texas $59,000.00
Account Pay Off 2nd Mortgage with Citifinancial Mortgage, Orangeburg, SC $14,000.00



www.socrates.com

© 2004 Socrates Media, LLC
LF298 • Rev. 04/04

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written.
Signed, sealed and delivered in presence of:

Signature of Witness: A Parker

Print name of Witness: Avian Renata Parker

Signature of Witness: Antoine Ryan Parker

Print name of Witness: Antoine Ryan Parker

Signature of First Party: [signature]

Print name of First Party: Wachovia Bank

Signature of Second Party: Tressa R. Glover

Print name of Second Party: Tressa R. Glover

Signature of Preparer Tressa R. Glover

Print Name of Preparer Tressa R. Glover

Address of Preparer Post Office Box 2194
Orangeburg, South Carolina 29116

State of South Carolina
County of Richland

On DEC 2, 2005 before me, TRESSA GLOVER
appeared RICHLAND COUNTY
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Roy J. Truick
Signature of Notary
ROY J. TRUICK

Affiant ____ Known ✓ Produced ID
Type of ID LIC

(Seal)



www.socrates.com

© 2004 Socrates Media, LLC
LF298 • Rev. 04/04

Ms. Tressa R. Glover
Post Office Box 2194
138 Longview Drive
North Creekmore Subdivision
Orangeburg, South Carolina 29118

March 1, 2006

Mr. Joe Barbone, Litigations
Citifinancial Mortgage
1111 Coppell Lane
Irvin, Texas

Dear Mr. Barbone:

All of the necessary documentation regarding the mortgage fraud committed by Citifinancial Mortgage was submitted to you on November 1, 2005 at 5:56a.m., Priority Mail article number 0303 2460 000...... The signed Quit Claim Deed confirming that Citifinancial would satisfy the mortgages with Citifinancialwas received on December 18, 2005. As of today, Satifaction of Mortgages and Release of Liens have not yet been received. .

Please provide prompt payment(s) in the amount(s) as follows:

(1). Payment, Satisfaction of Mortgage, and Release of Lien for 1st Mortagage of $59,000.00
To: Citifinancial Mortgage for Tressa R. Glover, SSN 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
Irvin, Texas

(2). Payment, Satisfaction of Mortgage, and Release of Lien for 2nd Mortagage of $14,000.00
To: Citifinancial Mortgage for Tressa R. Glover, SSN 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
Orangeburg, South Carolina

(3) Payment of $27,000.00 To: Ms. Tressa R. Glover, Punitive Damages and Fees
Post Office Box 2194
Orangeburg, South Carolina 29116

Thank you for your cooperation.

Sincerely,

Tressa R. Glover

Tressa R. Glover Hunter

Cc: The Honorable Magistrate Judge Joseph Anderson, United States District Court 05:CV 22938 17
Mr. C. E. Hunter, Executive Administrator, US Internal Revenue Service, Criminal Investigative Division
Mr. R. Bunch, Special Agent, US Dept. of Justice, US Federal Bureau of Investigations
Mr. K. McDonald, Assistant U. S. Attorney, Office of the U. S. Attorney
The Law Firm of Miles, Et. Al.
Mr. K. McCrae, Agent, South Carolina Law Enforcement Division
Mr. R. Stewart, Chief, South Carolina Law Enforcement Division
Mr. Herbert Walker, Deputy Director, State Board of Financial Institutions

Citifinancial: Please Overnight the Satisfaction of Mortgages and Releases of Liens to Me within 24 hours of receipt of this Law Suit Correspondence. Otherwise, I will request that the U. S. District Court render Judgement by default of my demands.

STATE OF SOUTH CAROLINA

COUNTY OF ORANGEBURG

IN THE COURT OF COMMON PLEAS
1ST JUDICIAL CIRCUIT
CASE NO.: 2005-CP-38-1433

CitiFinancial Mortgage Company, Inc., a New York corporation *fka* Associates Home Equity Services, Inc.,

Plaintiff(s),

vs.

Tressa Glover *aka* Tressa R. Glover *aka* Tressa G. Parker,

Defendant(s).

(RPL File No. 4008.03305)

**NOTICE OF HEARING**

Post 4/4/06 2:25

Null and Void As per Attorney Miles.

A hearing has been scheduled in the above captioned matter before the Honorable James C. Williams, Jr., Judge of the First Judicial Circuit at the Orangeburg County Courthouse, 2nd Floor, Main Courtroom, 190 Gibson Street, Orangeburg, South Carolina ~~on April 25, 2006 at 9:00AM. You~~ are invited to attend if you so desire.

April L. Lucas
Paralegal to T. Lowndes Pope, Esq.
Riley Pope & Laney, LLC
Post Office Box 11412
Columbia, SC 29211
Tel: (803) 799-9993
*Attorney for the Plaintiff(s).*

← Andrew Pope Dist 5 Workers Comp. attorney

Dated: March 9, 2006