# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

Tressa R. Glover,

Plaintiff,

vs.

Orangeburg County
Orangeburg Consolidated District 5
Orangeburg Sheriff Dept.,

Defendant(s).

C/A No. 5:06-1134-JFA-BM

RECEIVED
USDC CLERK, COLUMBIA, SC
2006 APR 12 P 3:22

**Pro Se Party's Answers to Rule 26.01 Interrogatories**

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

Edisto Habitat for Humanity, Mrs. Jamie Bozard 1375 Russell Street, Orangeburg, S.C. 29115 (803) 536-2300/539-2242 Illegal acquisition of property.

(B) As to each claim, state whether it should be tried jury or non jury and why.

A jury trial is not applicable at this time. Mortgage fraud was substantiated in an earlier court proceeding and through many presentations of documentation to substantiate the legitimacy of the correct mortgage holder.

(C) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

There is a need for enforcement of previous judgement and order.

(D) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:
   (1) a short caption and the full case number of the related action;
   (2) an explanation of how the matters are related; and
   (3) a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

<u>Note</u>: Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

05 CV 22938 17BD; Judgement Issued; Order Issued; Civil Case Dismissed - Judge J. F. Anderson

(E) [*Pro Se* **Defendants** only.] If the defendant is improperly identified, give the proper identification and state whether the party(ies) submitting these responses will accept service of an amended summons and pleading reflecting the correct identification.

Not Applicable. Each defendant identified appropriately.

(F) [*Pro Se* **Defendants** only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

Melvin Smoak, Charlie Spell, Mildred Rice, Vernetta Guess, Nancy Ford, Carolyn Gamble, Christopher Shuler, Charles Berry, Greg Carson, Jerome Felder, Joyce Garrain, Stanley (Trucking Co.) Garvin, Antoinette Johnson Glover

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11th_ day of _April_, 20_06_.

_Tressa R. Glover_
Signature of Party Responding