Ms. Tressa R. Glover
Post Office Box 2194
138 Longview Drive, North Creekmore Subdivision
Orangeburg, South Carolina 29116

April 25, 2006

The Honorable Joseph F. Anderson, United States District Judge
United States District Court
951 Richland Street
Columbia, South Carolina 29201



06 -1134

2006 MAY -1  P 2: 14

Re:    Amendment To Complaint Filed on April 11, 2006

Dear Your Honorable District Judge Anderson:

I am writing to respectfully request that The United States District Court amend the complaint filed on Aprill 11, 2006, to include the following information for additional Judgements, Orders, and Process Service by the United States Marshalls.

1. The Order dated October 11, 2005 for case number 05 CV 22938 17 BD from The United States District Court demanded that the mortgage holder, Citifinancial Mortgage, dismiss the (illegal) state foreclosure as a result of mortgage fraud.

The mortgage holder, Citifinancial Mortgage, issued a signed Deed and Title to me for both Citifinancial Mortgages on December 18, 2005.

I was in contact with the mortgage holder, Citifinancial Mortgage, to forward the Release of Lien and Satisfaction of Mortgages to me as well following the issuance of the Deed and Title.

An attorney alleging to be acting on behalf of Citifinancial Mortgage Company, Attorney T. Lowdnes Pope, located in the BB &T Building, Columbia, South Carolina, issued documents scheduling an illegal mortgage fraud foreclosure hearing for April 25, 2006.

Attorney Lowdnes Pope is working in conjunction with Orangeburg Consolidated School District Five's employees, Workers Compensation Coordinators, Nancy Ford and Susan Yoakum, and Attorneys, Andrea Pope, Andrea White, David Morrison, Ronnie Hutto, James Jackson, and Jay Anderson (formerly of South East Title Services).

I contacted Attorney T. Lowndes Pope on three prior occasions informing him of the previous filings and Judge's rulings on October 11, 2005. He was also provided a copy of the ruling on two occasions, in which he chose to ignore, by continuously attempting to send mail to my post office box and the scheduling of unauthorized hearings not consented by the mortgage company.

I was contacted by Mr. Tripp Lawton, Law Clerk to Judge J. Williams, Circuit Court Judge, and informed that the hearing has been rescheduled for Wednesday, May 3, 2006 at 9:00am for Attorney Lowdnes Pope.

2.   I am also respectfully requesting that The United States District Court enforce the Order for
Reversal of the Writ of Assistance for illegal eviction from my home on April 11, 2006, via mortgage fraud documents alleging that Wachovia, as a trustee for Long Beach Mortgage company.  Wachovia, nor Long Beach are or ever were my mortgage companies.

On February 23, 2006, I rejected service of documents attempting to be served by Lt. Jerome Felder, civil processing supervisor for the Orangeburg County sheriff department, signed by Attorney Jay Anderson, alleging to be representing Wachovia, as a trustee for Long Beach Mortgage company regarding an eviction – 2 page document.

On February 26, 2006, I rejected service of documents attempting to be served by Ms. Cindy Looney, independent processor, alleging to be representing the Rogers, Townsend, and Thomas Law Firm, for Wachovia, as a trustee for Long Beach Mortgage company regarding payments or an eviction – 10 page document.

Washington Mutual Home Loans is the legitimate mortgage holder.  Washington Mutual Home Loans did
not bring about these actions.

Attorneys of The Rogers, Townsend, and Thomas Law Firm, Attorney Jay Anderson(formerly of South East Title Services), Ronnie Hutto, James Jackson, and DeWal Waters, are working in conjunction with Orangeburg Consolidated School District Five's employees, Workers Compensation Coordinator, Susan Yoakum, and Attorneys, Andrea Pope, Andrea White and David Morrison.

Following the Judgement issued on October 11, 2005 for case number 05 CV 22938 17BD, stating the house could not be sold, since it was an asset of a Chapter 13 Bankruptcy for Washington Mutual Home Loans. Washington Mutual Home Loans substantiated that they were the legitimate mortgage holder.

The attorneys' were then contacted and asked to adhere to the Judge's Order and Judgement for the case number 05 CV 22938 17 BD. They were also reminded that the mortgage companies substantiated that they were not legitimately or legally representing the mortgage companies that legitimately held the liens for the properties.

I am respectfully requesting that the United States District Court issue additional Judgements, Rulings, and Orders, Warrants via the service of the United States Marshall Service, to reverse these illegal actions caused by the mortgage fraud participants.

I am also respectfully requesting that The United States District Court, The United States Office of the U.S. Attorney, The U.S. Internal Revenue Service, Criminal Investigative Division, and The U.S. Federal Bureau of Investigations issue sentencing of prosecutions for the individuals and financial institutions responsible for all aspects of the extensive mortgage fraud cases.

I can be reached via telephone contact by calling (803) 655-7813, or via the mailing address of Post Office Box 2194, Orangeburg, South Carolina 29116 or Post Office Box 331, St. Matthews, South Carolina 29135.

Thank you.

Sincerely,
Tressa R. Glover

Cc:   Mr. C. E. Hunter, Executive Administrator, United States Internal Revenue Service
      Mr. R. Lloyd, United States Attorney, Office of the United States Attorney
      Mr. K. McDonald, Assistant United States Attorney, Office of the United States Attorney
      Mr. E. Colter, Manager, United States Secret Service
      Mrs. S. M. P. Colter, Manager, United States Postal Service
      Mr. R. Bunch, Manager, United States Federal Bureau of Investigations
      Mrs. S. B. Dantzler, Analyst, United States Federal Bureau of Investigations
      Mr. R. Stewart, Chief, South Carolina Law Enforcement Division
      Mr. K. McCrae, Agent, South Carolina Law Enforcement Division
      Attorney V. Dunbar, Turner, Padgette, Laney and Graham
      Attorney E. W. Cromartie, II Law Office of Cromartie and Cromartie
      Attorney J. Simpson, Law Office of Johnny Simpson
      Attorney M. P. Miles, Law Office of Mary P. Miles
      Mr. Larry Williams, Sheriff, Orangeburg County Sheriff Department
      Mr. M. Clarkson, Deputy Major, Orangeburg County Sheriff Department
      Mr. R. Williams, Captain, Investigations, Orangeburg County Sheriff Department
      Mr. M. Boyd, Director, Human Resources, Orangeburg County
      The Honorable Chief Magistrate Judge Willie Robinson, Orangeburg, South Carolina
      The Honorable Judge B. Houser, Municipal Court, Orangeburg, South Carolina
      The Honorable Judge O. Davie Burdorph, Master of Equity, Orangeburg County (04-38-1433;04-38-0872)
      The Honorable Judge J. Williams, Sr., Circuit Court, Orangeburg County (04-08-1433;04-38-0872)

*Mrs Miles: These forms were not served or used. Their process was all together illegal.*

(Revised 7/05)

File Stamp Date
Case Number _____

Prepared by:
Filer's name, SC#
Filer's address
Filer's phone number
{Filer's fax phone number}
{Filer's e-mail address}
Attorney for Plaintiff

In The District Court of _____ County, Kansas

Plaintiff's name        Plaintiff

vs.

                        Case No. _____

Defendant's name        Defendant
Defendant's address

Pursuant to Chapter 61 of
Kansas Statutes Annotated

### ORDER FOR DELIVERY OF PROPERTY

To the Sheriff or other Process Server:

   WHEREAS, the above-named plaintiff has commenced an action in this court against the above-named defendant for the recovery of certain personal property and has filed the plaintiff's affidavit and bond, as required by law, to obtain an order for the immediate delivery of such personal property;
   You are therefore commanded to take immediate possession of the following described personal property and deliver it to such plaintiff unless you receive a redelivery bond from the defendant. The property is described and valued as follows: (State description and value of each item claimed as alleged.)
   You shall also serve a copy of this order on the defendant in the same manner as the service of summons and make your return within \_\_\_\_ days hereof.

                                        _____
                                        Signature, Judge
Dated _____

Dated: _____

## RETURN ON ORDER

(MANNER OF EXECUTION)

On _____, _____, at __ o'clock, __M., I received this order and executed the same as follows:

    (1) Property Taken Into Possession. On _____, _____, I took into possession the following articles of personal property, to wit: _____.

    (2) Property in Possession of Officer. The property listed and itemized above is held in my possession subject to the further order of the court.

    (3) Redelivery Bond Received. On _____, _____, I received from the defendant, with _____ as surety thereon, a bond in the amount of $____, double the amount of the estimated value of the articles taken, and I returned the above-described articles of personal property to the defendant. Such bond has been by me determined to be sufficient and is herewith filed with the court.

    (4) Property Not Found. I attempted to execute this order, but was unable to locate any of the articles of personal property described in the order within this county.

    (The officer should delete or omit those portions not applicable to the manner of executing this order.)

(MANNER OF SERVICE ON DEFENDANTS)

    I hereby certify that I served a copy of this order on the defendant at the time and in the manner following, to wit: _____.

    I was unable to locate the following defendant _____ within this county.

                                    _____
                                    Signature, Sheriff or Process Server

Dated: _____

© 2006 PRIMARYLAW, ABA INCORPORATED. ALL RIGHTS RESERVED                PRIVACY POLICY | TERMS OF USE | DISCLAIMER | ABOUT US