

TRESSA R. GLOVER
Post Office Box 2194
Orangeburg, South Carolina 29116

ITEM X-RAYED BY
USMS    4/2/06

THE HONORABLE UNITED STATES
DISTRICT COURT JUDGE J. F. ANDERSON
DISTRICT COURT District Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201
Attention: Mrs. A. Hensley, Deputy Clerk

U.S. POSTAGE
PAID
UNIV STATION-SC
29208
APR 25 06
AMOUNT
$0.39
0009909-01