Ms. Tressa Glover
Post Office Box 2194
138 Longview Drive, North Creekmore Subdivision
Orangeburg, South Carolina 29118
(803) 655-7813, Daytime Contact Telephone Number

5:06 - 1134 -JFA-BM

May 1, 2006

The Honorable Judge James Jimmy Williams, Sr.
Orangeburg County Court House - Circuit Court Chambers
Post Office Drawer 9000
Orangeburg, South Carolina 29115

Re:    Rule 203 Notice of Appeal for Orders Issued Two Cases of Documented Mortgage Fraud Committed by Orangeburg Consolidated School
       District Five, 578 Ellis Avenue, Orangeburg, South Carolina 29115

Docket 04-38-0872  April 11, 2006 Writ of Assistance Order
Docket 04-38-1433  April 25, 2006 Hearing And Any Future Requested Proceedings

Ms. Tressa R. Glover, Washington Mutual Home Loans, Citifinancial Mortgage Companies, SC DHEC Chemical Hazardous Waste and Spills Division, Center for Poision Control, ASTDR, Atlanta, Ga. vs. Orangeburg Consolidated School District Five, Orangeburg School District Five Board Of Trustees, Attorney Samantha Farlow, Kathy Zimmerman, Howard Harris, Eugene Walter, Sara Moseley Parker, Renae Green, Thomas Dandridge, Kalu Kalu - The Regional Medical Center, The Rose Center, H. Mabry Cancer Center, Orangeburg County Tax Assessors Office – Jim McClean, Orangeburg County Office of the Treasurer – Steve Summers, Orangeburg County Office of the Administrator – J. Bill Clark, Nancy Smoak Harris – Orangeburg and Calhoun County DMH, Clemson Extension Service, Deone Smoak, Charlie Spell, Greg Carson, Mike Taylor, Nancy Ford, Jacqueline Clark, Ann Haydel Walter, Melvin Smoak, Wanda McMichael, Rona Ellis, Evelyn Singleton, Eugene Walter, Kalu Kalu, Doris Willingham, Chessa Hilliard, Verneta Philips Guess, The S.C. Regional Housing Authority (not state agency), International Paper Company, Onetha Shivers, Officer Bartley, Ofc. Clark Whestone, Capt. Rene Williams, James Shumpert, Randy Williams, Melissa Butler, Jerome Felder - Civil Processing  - Orangeburg County Sheriff Department, Ofc. Willie Pelzer – DPS, postal carriers – Carolyn Pelzer, Ivy Jones, Perry Jones, Idella Johnson, Joan Kirkland, Keisha Cummins, Charles Berry, Dianne Bracey, Carolyn Rhodes Gamble (Orangeburg County Family Court – Jacqueline Gamble), Antoine Pierre Parker, Mary Margaret Greene Parker Kimpson Gardner, Albert Gardner, Mildred Rice – ReMax Realty, Hugo Sims – Sims Realty, Tommy Brown, Mary Brown, John Cunningham, Brenda Cunningham, Michael Sistrunk, Brenda Goodwin, Barry Goodwin, Phoebe Sistrunk, Wade Holmes – Department of Public Utilties, James Lucas, John Kneece – ERA Wilder Realty, DeWal Waters, Main Waters Management, Greg Waters, Frank Waters, Piggly Wiggly, PrimeAmerica Financial Services, Attorneys T. Lowndes Pope, Nancy Haltiwanger, Attorneys with Injunctions As of 7/15/2005 – Jay Anderson, South East Title Services, David Morrison, Andrea Pope, Andrea White, former firm of Rogers Townsend and Thomas Law Firm  - Sam Waters, Jennifer Rubin, Robert Wood, Elly Floyd, Esmeralda Robles, Karen Barroll, Steven Cox, Timothy Corley, Elaine Boneparte, Eloise Shuler Guinyard, Reginald Corley, Malcolm Montgomery, SC DLLR for Residential Builders, Megan Rivers, Det. Bobby Rivers – Dept. of Public Safety, Corp. Lori Garrison – Dept. of Public Safety, Shri Singh-Electrolux, Steve Patel, Hemalata Patel, Jai Singh, Anil Singh, Earth Properties, Taphnie Berry Sanders, Russell Zimmerman, Rodney Zimmerman, Alvin Jones, Willie Bill Gamble, Charles Berry- Albemarle Corporation, JoAnn Berry - JoRich Realty,  Jerimiah Berry, Camy Berry – Blue Cross Blue Shield, Hampton Heating and Cooling, Virgil Jacobs - The Town of St. Matthews, Attorney Thomas Bryant, John Rickenbacker – Orangeburg County Councilman and Orangeburg School District Five, Tim Jennings, Doane Center, Megan Rivers, Dianne Jennings, SuperSod, Joyce Shuler Garvain, Antoinette Johnson Glover, Christopher Shuler, Sonya Williams, Shelia Williams, Allison Mintz, Carla Wilson, Joan Boneparte Farlow, Sam Farlow, Orangeburg District Five School Board  and Department of Public Utilities, Teresa Phillips Guess – Equifax, Vincent Guess – Hilton Head Hospital, formerly of Orangeburg Consolidated School District Five

The Honorable Judge James Williams:
Please accept this appeal for the actions issued by you for the referenced docket numbers and dates of dockets 04-38-0872 and 04-38-1433, in which mortgage fraud in both cases were found to be created and caused by the employees of Orangeburg Consolidated School District Five, whom will be charged in civil court, and additionally in amended US Federal Court Case Number 05 CV 22938 17BD, and Federal Court Case Number 05:05 1207 JFA BM, filed by Attorney Mary P. Miles on April 25, 2005. The mortgage fraud in both cases were also substantiated as being fraud throughout the years 2003 through 2006, due to the continuous intentional and negligent infliction of tortious acts of harassment, discrimination, mental anguish, and humiliation committed by those in the employment of Orangeburg Consolidated School District Five and their above referenced affiliates, also listed as defendants.
Sincerely,
Tressa R. Glover

Cc:  The Honorable President George F. Bush, Jr., Executive Office Of The President, Office of Administration, Mrs. Carol Hunter, Headquarters
     United States District Court Case Number 05:05 1207 JFA BM
     United States District Court Case Number 05 CV 22938 17 BD, The Honorable District Judge J. F. Andersen, Judgement and Order Issued Against
     Wachovia, Rogers Townsend and Thomas Law Firm, and Citifinancial Mortgage October 11, 2005 and October 12, 2005
     Mr. C. E. Hunter, Executive Administrator, US Internal Revenue Service, Criminal Investigative Division
     Mr. R. Bunch, Manager, United States Federal Bureau of Investigations
     Mr. K. McDonald, United States Assistant Attorney, Office of the United States Attorney
     Mr. M. Banks, Inspector General, United States Department of Treasury
     Attorney E. W. Cromartie II, The Cromartie Law Firm, Attorney V. Dunbar, Turner, Padgette, Laney, and Graham – Workers Compensation
     Attorney W. Smith, The Law Firm of Walter K. Smith

CERTIFICATE OF MAIL

5:06-1134-
JFA-BM

I, Tressa R. Glover, hereby certify that the Appeal for Order and Hearing for Dockets 04-38-0872 and 04-38-1433 were mailed to The Honorable Judge James Jimmy Williams, Sr. on Wednesday, May 3, 2006 via U. S. Mail.

Tressa R. Glover     *Tressa R. Glover*

---

The Honorable Judge James Jimmy Williams, Sr.
Orangeburg County Court House - Circuit Court Chambers
Post Office Drawer 9000
Orangeburg, South Carolina 29115

RECEIVED
USDC CLERK, COLUMBIA, SC
2006 MAY -5 PM 2:48

## CERTIFICATE OF MAIL

I, Tressa R. Glover, hereby certify that the Appeal for Order and Hearing for Dockets 04-38-0872 and 04-38-1433 were mailed to The Honorable Lisa Mizzelle, Clerk of Court for Orangeburg County, on Wednesday, May 3, 2006 via U. S. Mail.

Tressa R. Glover     *Tressa R. Glover* (signature)

---

The Honorable Lisa Mizzelle, Clerk of Court
Orangeburg County Court House
Post Office Drawer 9000
Orangeburg, South Carolina 29115