P.O. Box 2194
Orangeburg, S.C. 29116

ITEM X-RAYED BY
USMS MAY -5 PM 2:48
COLUMBIA, SC

_____ 5-5-06
Signature          Date

United States District Court
901 Richland Street
Columbia, South Carolina 29201

Attention: Mrs. Ann Hendrix
Deputy Clerk of Court

COLUMBIA SC 292
04 MAY 2006 PM 3 T