IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tressa Glover, | ) | C/A No.:  5:06-1134-JFA-BM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Teresa Phillips Williams, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| Tressa R. Glover, | ) | C/A No.:  5:06-1408-JFA-BM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Gregory Ezekrel Carson, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Tressa Glover, currently has one case pending on this court's docket[1] for which the court has imposed a 30-day moratorium while the plaintiff is evaluated at Just Care, a medical evaluation facility. The court has been informed that the two cases named in the caption above have been filed by the plaintiff, but have not yet been served.

This order is entered to memorialize the fact that the 30-day moratorium imposed in the other case will apply to these cases as well. In other words, the plaintiff shall have the time normally allowed by the Rules to effect service, plus 30 days in which to accomplish

---

[1] *See* Civil Action No. 3:05-1207-JFA-BM, *Tressa R. Glover Parker v. Orangeburg Consolidated School District Five, et al.*

1

service in these cases. If service is not accomplished by this extended deadline period, the *pro se* staff attorney should inform the court so that an order of dismissal may be issued by this court.

    IT IS SO ORDERED.

                                          Joseph F. Anderson, Jr.
July 14, 2006                             United States District Judge
Columbia, South Carolina