United States District Court
District of South Carolina

| | | |
|---|---|---|
| Tressa R. Glover, *aka* Tressa R. Glover Parker, | ) | C/A No. 5:06-1134-JFA-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Teresa Phillips Williams, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff files this civil rights action *pro se*, and requests to proceed without payment of the filing fee, *in forma pauperis*, under 28 U.S.C. § 1915. Denial of the plaintiff's motion to proceed *in forma pauperis* is recommended in the Report issued at the same time as this order.

**TO THE CLERK OF COURT**:

The Office of the Clerk of Court is directed *not* to authorize the issuance and service of process in the above-captioned case, unless instructed by a United States District Judge or a Senior United States District Judge to do so.

**TO THE PLAINTIFF:**

**Any future filings in this case must be sent to the address below.** In any future filings with this Court, the plaintiff is directed to only use letter-sized paper and write or type text only on one side of a sheet of paper. Do not write or type on both sides of any sheet of paper. **The plaintiff is further instructed not to write in the margins of documents submitted for filing in this Court.**[1] For example, in previous cases, the plaintiff has listed defendants in the margins of the complaint, but should instead list any additional defendants on a separate sheet of paper.

The plaintiff is a *pro se* litigant. Her attention is directed to the following important notice:

---

[1] Pursuant to Section 205 of the E-Government Act of 2002, Pub. L. 107-347, December 17, 2002, 111 Stat. 2899, this Court has implemented Electronic Case Filing (ECF). For this purpose, *pro se* filings are scanned to create electronic docket records. Therefore, the use of only one side of a sheet of letter-sized paper without markings in the margins is required.



You are ordered to always keep the Clerk of Court advised **in writing** (**901 Richland Street, Columbia, South Carolina 29201**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, <u>your case may be dismissed for violating this order</u>. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address. Your failure to do so will not be excused by the court.

Put this order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a defendant or a respondent, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

The plaintiff is, hereby, informed that if her address changes in the future, she must provide *her own* address. Hence, the Office of the Clerk of Court shall not enter any change of address submitted by the plaintiff which directs that mail be sent to a person other than the plaintiff (unless, of course, that person is an attorney admitted to practice before this court who has entered a formal appearance).

**IT IS SO ORDERED**.

Bristow Marchant
United States Magistrate Judge

August 24, 2006
Columbia, South Carolina

***The plaintiff's attention is directed to the important warning on the next page.***



# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO PRO SE LITIGANTS

**All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.**

*YOU* **ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT.** *YOU* **MUST REMOVE CERTAIN** *PERSONAL IDENTIFYING INFORMATION* **FROM ALL DOCUMENTS** *BEFORE* **YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

**Under the Privacy Policy of the Judicial Conference of the United States,** *a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court*. This rule applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or redact the personal identifying information prior to submitting the document to the Office of the Clerk of Court for filing.

1. Types of personal information that **MUST** be removed or redacted from documents before filing:

**(a) Social Security numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
**(c) Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
**(d) Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
**(e) Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (*e.g.*, verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction:

Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. § 114(s).