IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| Tressa R. Glover, a/k/a )  | C/A No.  5:06-1134-JFA-BM | |
| Tressa R. Glover Parker ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | **ORDER** | |
| ) | | |
| ) | | |
| Teresa Phillips Williams, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

This matter is before the court for review of the Magistrate Judge's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

The plaintiff, proceeding *pro se*, files this complaint pursuant to 42 U.S.C. § 1983. The Magistrate Judge assigned to this action has filed a detailed and comprehensive Report and Recommendation suggesting that the complaint be dismissed without issuance and service of process. Because the Magistrate Judge's Report sets forth the pertinent facts, such will not be repeated in this order.

The plaintiff was advised of her right to file specific objections to the Report and Recommendation. However, the plaintiff has not done so within the specific time limits set forth in the Local Rules of this district.

The court has reviewed the record in this case, the law, and the Report and Recommendation and finds the Magistrate Judge's recommended disposition is appropriate. Accordingly, this action is dismissed without issuance and service of process. In addition, plaintiff's motion to proceed *in forma pauperis* is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
October 2, 2006                                                    United States District Judge
Columbia, South Carolina