AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ORANGEBURG DIVISION

Tressa R. Glover, a/k/a
Tressa R. Glover Parker,

      *Plaintiff,*

vs.

Teresa Phillips Williams, et al.,

      *Defendants.*

**JUDGMENT IN A CIVIL CASE**

Case Number: 5:06-1134-JFA

**[X]  Decision on the Record.**  This action came before the court on the record, Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The Court having adopted the Report and Recommendation of the Honorable Bristow Marchant, United States Magistrate Judge, which recommended the matter be dismissed without prejudice,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing of the defendants and that the action is dismissed without prejudice.

      LARRY W. PROPES, Clerk

      s/Brian D. Shropshire
By_____
      Deputy Clerk